UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KERRI ROZEAR,

    Plaintiff,

v.                                             Case No: 8:23-cv-1099-CEH-AAS

HARTFORD LIFE & ACCIDENT
INSURANCE CO.,

    Defendant.

## ORDER

The Court has been advised by Plaintiff's Notice of Settlement (Doc. 13) that the parties have settled this action in its entirety. Accordingly, pursuant to Local Rule 3.09(b), M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, upon good cause shown. After that 60-day period, however, dismissal shall be with prejudice. Any pending motions are denied as moot and the Clerk is directed to terminate all deadlines and administratively close the file.

**DONE** and **ORDERED** in Tampa, Florida on April 1, 2024.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record; Unrepresented Parties