UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KERRI ROZEAR,

    Plaintiff,

v.                                         Case No: 8:23-cv-1099-CEH-AAS

HARTFORD LIFE & ACCIDENT
INSURANCE CO.,

    Defendant.

---

**ORDER**

    This matter is before the Court upon review of the docket. Pursuant to a Notice of Settlement indicating Plaintiff settled her dispute against Defendant Hartford Life & Accident Insurance Co., the Court entered an Order on April 1, 2024, dismissing the action without prejudice and providing the parties an opportunity to submit a stipulation or final judgment for dismissal with prejudice, or move to reopen the action (Doc. 14). To date the parties have not submitted a stipulation or final judgment, or moved to reopen the action. Pursuant to this Court's April 1, 2024 Order, the matter will be dismissed with prejudice. The Clerk is directed to CLOSE this case.

    **DONE** and **ORDERED** in Tampa, Florida on June 14, 2024.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record; Unrepresented Parties